UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BRANDON KYNARD GOHAGEN,

        Petitioner,

                                Case No. 05-CV-70067-DT

v.                                        Honorable John Corbett O'Meara

RAYMOND BOOKER,

        Respondent.
_____/

## **JUDGMENT**

This matter having come before the Court on a Petition for the Writ of Habeas Corpus, United States District Judge John Corbett O'Meara presiding, and pursuant to the Opinion and Order entered on January 05, 2007,

IT IS ORDERED that the Petition for a Writ of Habeas Corpus is DENIED.

Dated at Ann Arbor, Michigan on January 05, 2007.


                                            DAVID J. WEAVER
                                           CLERK OF THE COURT

                                  By: s/William Barkholz
                                           DEPUTY CLERK

APPROVED:

s/JOHN CORBETT O'MEARA
UNITED STATES DISTRICT JUDGE